IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

JESSICA RAUEN, an individual,

            Plaintiff,

  v.

RAYMOND SALANOA, an individual; and
HORIZON AIR INDUSTRIES, INC., a
Washington Corporation,

            Defendants.

No. 3:15-cv-02079-HZ

ORDER GRANTING STIPULATED
MOTION FOR ORDER OF DISMISSAL

Based upon the stipulation of dismissal filed by the parties, the Court hereby ORDERS that all claims asserted by Plaintiff are dismissed with prejudice and without award of costs or fees to any party.

Dated this __17__ of __NOV__ 2016.

_____
Judge Marco A. Hernandez
United States District Court Judge